IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00832-MSK-CBS

IN RE:

MOTION FOR PROTECTIVE ORDER BY
NATIONAL FLOOD DETERMINATION ASSOCIATION

___

## ORDER DISMISSING ACTION
___

**THIS MATTER** comes before the Court pursuant to a Motion for Protective Order **(# 1)** by Movant National Flood Determination Association with regard to a subpoena served upon it in *SourceProse Corp. v. First American Corp.*, E.D. Tx. Case no. 2-04CV-265.

The Movant has filed a Motion to Withdraw **(# 5)** its Motion for a Protective Order, and represents that it has reached a settlement of its issues regarding the subpoena. Accordingly, the Motion to Withdraw **(# 5)** is **GRANTED**; the Motion for Protective Order **(# 1)** is **WITHDRAWN** by the Movant; and this action is **DISMISSED**. The Clerk of the Court shall close this case.

Dated this 1st day of July, 2005.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge